JOHN W. HAYWARD, Respondent, *v.* MARIA L. HOOD et al., Appellants.

(Argued April 10, 1888; decided April 17, 1888.)

APPEAL from order of the General Term of the Supreme Court, in the first judicial department, made June 20, 1887, which denied a motion for a reargument of an appeal from a judgment dismissing the complaint in the above-entitled action.

*John J. Macklin* for appellants.

*David Gerber* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.